IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM PHILLIP NEIDINGER,

        Petitioner,                  No. CIV S-09-2031 DAD P

    vs.

S.M. SALINAS,

        Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and an application to proceed in forma pauperis. Petitioner's in forma pauperis application is incomplete; petitioner failed to sign the application. Petitioner will be provided the opportunity to either submit a complete application in support of a request to proceed in forma pauperis[1] or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's July 22, 2009 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

---

[1] Petitioner is advised that he does not need to submit a certified copy of his inmate trust account statement or to have a prison official complete sign the certification portion of the application.

1

2. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: December 16, 2009.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
neid2031.ifp